ALBERTA SABATINO, Appellant, v. ROSINA VACARELLI, Amended to ROSINA VARACALLI, and CARMELA CASTELLANO, Respondents.— Action to restrain respondent Varacalli from interfering with appellant's claimed right of access over said respondent's property. Judgment in favor of respondent Varacalli and against

the plaintiff, dismissing the complaint and decreeing that said respondent have judgment on her counterclaim, restraining the plaintiff from exercising a claimed right of way across her property; and order denying plaintiff's motion to reopen the case for the purpose of permitting her to offer additional evidence, unanimously affirmed, with costs to respondent Varacalli. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.